**Order entered March 28, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-01285-CV

### CREST INFINITI II, LP, Appellant

### V.

### TEXAS RV OUTLET AND KEB, INC. D/B/A TURN KEY RECOVERY, Appellee

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 1-860-2012**

## ORDER
Before Chief Justice Wright and Justices Lang-Miers and Brown

We **DENY** appellant's March 7, 2014 motion for rehearing.

On February 26, 2014, the Court dismissed this appeal because appellant had failed to pay the required filing fee. On March 7, 2014, appellant paid the filing fee. Accordingly, on the Court's own motion, we **WITHDRAW** this Court's opinion dated February 26, 2014 and **VACATE** the judgment of that date. We **REINSTATE** this appeal.

Appellee's brief is due **THIRTY DAYS** from the date of this order.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE